UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. As assignee of Matthew E. Orso, in his Capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell,<br><br>*Plaintiff,*<br><br>V.<br><br>HAI PHAM, SSN xxx-xx-0884 (a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al.,<br><br>*Defendant,*<br><br>and BANK OF AMERICA, N.A.,<br><br>*Garnishee* | Case No. 2:21-MC-00012 |

## ORDER DIRECTING TRANSFER OF FUNDS, ENTERING JUDGMENT, AND DISMISSING THE CASE

Now before the Court is Plaintiff Nationwide Judgment Recovery, Inc.'s Motion for Entry of Judgment in Garnishment Action and Brief in Support (Doc. 41). On February 4, 2021, Plaintiff registered with this Court a foreign judgment issued by the United States District Court for the Western District of North Carolina against Defendant Hai Pham in the amount of $24,262.34, plus post-judgment interest. *See* Docs. 2 & 3. Plaintiff then applied to the Clerk for writs of garnishment directed to several financial institutions, including Bank of America, N.A. *See* Doc. 10.

1

Bank of America, N.A., filed an Answer to the Writ of Garnishment (Doc. 21) indicating that it held $439.83 in bank accounts in the name of Hai Pham. Hai Pham never appeared in this lawsuit, despite being served by U.S. mail with a copy of the Writ of Garnishment. *See* Doc. 19.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Entry of Judgment in Garnishment Action (Doc. 41) is **GRANTED**. Judgment is entered in favor of Plaintiff.

**IT IS FURTHER ORDERED** that Garnishee Bank of America, N.A., remit to Plaintiff the **$439.83** it holds in accounts owned by Hai Pham. The check shall be made payable to the IOLTA account of Plaintiff's counsel, Robert C. Newark, III, and mailed within fourteen days to the following address:

> Robert C. Newark, III
> 2500 S. Broadway, Ste. 128
> Edmond, OK 73013

**IT IS FURTHER ORDERED** that upon such payment and transfer of funds by Bank of America, N.A., it shall be discharged from any further liability herein under the Writ of Garnishment (Doc. 10), and Hai Pham's accounts with Bank of America, N.A., shall be released from the Writ.

**IT IS SO ORDERED** on this 7th day of December, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE